IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CARLTON SMITH, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 312-082 |
| | ) |
| PHILIP R. WEST, Superior Court Judge, | ) |
| Dodge County, and MATTHEW B. | ) |
| CROWDER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** for failure to state a claim upon which relief may be granted, Plaintiff's motion for a preliminary injunction (doc. no. 8), "Amendment for Order to Show Cause" (doc. no. 9), "Motion to Request Service of Process" (doc. no. 10), and his "Motion for Evidentiary Hearing Upon Request for a Preliminary Injunction" (doc. nos. 12-1, 12-2) are **DENIED AS MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 15 day of February, 2013, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE